# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                         NO. 4:06CR00148-001  SWW

ARNOLD TURNER                                                          DEFENDANT

### ORDER

    Pending before the Court is a Motion to vacate, set aside or correct sentence under 28 U.S.C. 2255 [doc #33] filed by above-named defendant. After a review of the pleadings, the Court is of the opinion that a response by the government would facilitate the resolution of these motions. The Court therefore directs the government to respond to the pleading on or before *July 11, 2016*.

    IT IS SO ORDERED this 27th day of June 2016.

                                          /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE